UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. VALE, | No. 2:14-cv-627-EFB P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIBSON, Warden, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has paid the filing fee.

Petitioner is incarcerated in Kings County and was convicted in Santa Clara County. Kings County falls within the Fresno division of this court; Santa Clara County falls within the area embraced by the United States District Court for the Northern District of California. Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.  However, witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction.  *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499 n. 15 (1973).

/////

/////

1       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
2  States District Court for the Northern District of California.  28 U.S.C. § 2241(d); 28 U.S.C.
3  § 1406(a).
4  DATED:  April 1, 2014.

        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE